IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | |
| | : | Case No. 5:19-cr-78 (MTT) |
| MIGUEL ANGEL SANCHEZ-LOPEZ, | : | Case No. 5:19-mj-58 (CHW) |
| | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER DISMISSING COMPLAINT

On November 20, 2019, the Government filed a criminal complaint (Doc. 1) charging Defendant Miguel Angel Sanchez-Lopez with Possession of Methamphetamine with Intent to Distribute, in violation of 21 U.S.C § 841(a)(1), and the Court issued a warrant for Defendant's arrest (Doc. 2). On December 10, 2019, a grand jury returned an Indictment charging Defendant with the same crime. The Government now moves to dismiss the complaint.

For good cause shown, the Government's Motion to Dismiss Complaint (Case No. 5:19-cr-78, Doc. 15; Case No. 5:19-mj-58, Doc. 11) is **GRANTED**. The complaint in this case is hereby **DISMISSED** pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and the arrest warrant is **TERMINATED**.

**SO ORDERED**, this 19th day of December, 2019.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge